1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| NETAIRUS TECHNOLOGIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No.: 2:13-cv-03780-JAK-E<br><br>**FINAL JUDGMENT**<br><br>**JS-6** |
|---|---|

# FINAL JUDGMENT

The Court hereby enters final judgment in favor of Defendant Apple Inc. ("Apple") on Plaintiff NetAirus Technologies, LLC's ("NetAirus's") claims for infringement of U.S. Patent No. 7,103,380 (the "'380 Patent") and Apple's counterclaims for non-infringement and invalidity of the '380 Patent.

It is further ORDERED, ADJUDGED, AND DECREED that each of NetAirus's claims is dismissed with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that Apple is the prevailing party in this matter and is entitled to seek costs pursuant to F.R.C.P. 54(d)(1).

**IT IS SO ORDERED.**

Dated:  April 12, 2016

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE